UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DAVID MAGED and TRACY MAGED            ORDER OF DISMISSAL

   -against-                                        CV-04-4056 (DRH)

VERONICA SOUZA.
----------------------------------------------------------------X

       Defendant's counsel having submitted a letter dated May 18, 2005 indicating the case has settled and plaintiff's counsel having confirmed the settlement,

       IT IS HEREBY ORDERED that the case is dismissed.

       The clerk is directed to close this case.

       SO ORDERED.

                                                   /s/
                                              DENIS R. HURLEY
                                        United States District Judge

Dated: Central Islip, New York
        February 8, 2006